# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTY YOSIMAR HUETE LOZANO, | Case No. 1:26-cv-03912-KES-EPG-HC |
| Petitioner, | ORDER VACATING ORDER TO RESPOND AND BRIEFING SCHEDULE |
| v. | |
| ERNESTO SANTACRUZ, et al., | (ECF No. 5) |
| Respondents. | |

On May 20, 2026, Petitioner, represented by counsel, filed a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) On May 22, 2026, the Court issued an order for Respondent to file a response to the petition and setting a briefing schedule. (ECF No. 5.) On May 22, 2026, Petitioner filed a motion for temporary restraining order. (ECF No. 6.) The assigned district judge set a briefing schedule and indicated that the Court intends to rule directly on the petition. (ECF No. 7.)

\\\

\\\

Accordingly, the Court HEREBY VACATES the May 22, 2026 order to respond and briefing schedule (ECF No. 5).

IT IS SO ORDERED.

Dated:    **May 26, 2026**                    /s/ *Erica P. Grosjean*
                                              UNITED STATES MAGISTRATE JUDGE

2